UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 14-01847-JLS (DFMx)          Date: July 30, 2015

Title: Don Logan v. Lance Stewart et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                   Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TAKING DEFENDANT'S MOTION TO DISMISS UNDER SUBMISSION (Doc. 58)**

      Before the Court is a Motion to Dismiss filed by Defendant Dennis P. Block & Associates. (Mot., Doc. 58.) The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Accordingly, the hearing on the Motion, set for July 31, 2015, at 2:30 p.m., is VACATED, and the Court takes the matter UNDER SUBMISSION.

                                                                                         Initials of Preparer: tg